■ WELLS FARGO BANK, N.A., Respondent, v JOSEPHINE KISSI, Appellant, et al., Defendants. [43 NYS3d 740]—

Order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered September 30, 2015, which, inter alia, granted plaintiff's motion for a judgment of foreclosure, and denied defendant Josephine Kissi's cross motion to vacate her default, unanimously affirmed, without costs.

Defendant's conclusory, undocumented assertion in her affidavit that she had moved, when she had not notified either the post office or the lender of any change of address, was insufficient to rebut the presumption of proper service, even by nail and mail, created by the process server's affidavit (*see Sharbat v Law Offs. of Michael B. Wolk, P.C.*, 121 AD3d 426, 427 [1st Dept 2014]; *U.S. Bank Natl. Assn. v Vanvliet*, 24 AD3d 906, 908 [3d Dept 2005]). Defendant's conclusory "incorporation by reference" of her proposed verified complaint and counterclaim, without any attempt to make a legal argument or explain her theories, was insufficient to establish a meritorious defense under CPLR 5015 (a) (1). In any event, the principal claims appear to be under the Truth in Lending Act (15 USC § 1601 *et*

*seq.*), and are time-barred (*see* 15 USC §§ 1640 [e]; 1635 [f]). Concur—Friedman, J.P., Sweeny, Richter, Manzanet-Daniels and Kapnick, JJ.